Eastern District of Kentucky
FILED
AUG 28 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 7:25-CR-26-KKC
21 U.S.C. § 841(a)(1)

JODI M. NICHOLS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about May 29, 2025, in Magoffin County, in the Eastern District of Kentucky,

**JODI M. NICHOLS**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
FOREPERSON

_____for
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**     Mandatory special assessment of $100.